# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROYCE GOLDSMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1960

[February 18, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case Nos. 08-2288CF10A, 09-6184CF10A, and 11-17276CF10A.

Royce Goldsmith, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***